IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 14 2019

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | No. 4:19CR 40005-001 |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| DAVID CHAVEZ | ) | 8 U.S.C. § 1324(a)(1)(A)(v)(II) |
| | ) | 8 U.S.C. § 1324(a)(1)(B)(i) |

United States Courts
Southern District of Texas
FILED

**INDICTMENT**

4:19mj1499

*August 13, 2019*

The Grand Jury Charges:

David J. Bradley, Clerk of Court

**COUNT ONE**

On or about December 10, 2018, in the Western District of Arkansas, Texarkana Division, the defendant, **DAVID CHAVEZ**, aided and abetted by others known and unknown to the Grand Jury, knowing and in reckless disregard of the fact that aliens had come to, entered and remained in the United States in violation of law, did transport and move such aliens within the United States by means of transportation, namely a vehicle, for the purpose of private financial gain, all in violation of Title 8, U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(A)(v)(II), and (a)(1)(B)(i).

A True Bill.

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *Sydney Butler*
Sydney L. Butler
Assistant U.S. Attorney
Bar No. 2012238
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
sydney.l.butler@usdoj.gov

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Texarkana Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | No. 4:19CR40005-001 |
| David Chavez | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay David Chavez, who is accused of an offense or violation based on the following document filed with the court:

■ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

1 Count – Aiding and Abetting in Transporting Illegal Aliens for Financial Gain in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(II), and (a)(1)(B)(i)

Date: March 14, 2019

*Michelle McIntire*
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Douglas F. Young, U.S. Clerk
*Printed name and title*

### Return

This warrant was received on (date) March 15, 2019, and the person was arrested on (date) August 12, 2019 at (city and state) Houston, TX

Date: August 12, 2019

*Arresting officer's signature*

Jeffrey Whitfield / Special Agent
*Printed name and title*